**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **vs.** | : | |
| **AVROM BROWN** | : | **NO. 18-101-3** |

## O R D E R

AND NOW, TO WIT, this            day of            2021, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.

BY THE COURT:

_____
THE HONORABLE GENE E. K PRATTER

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| vs. | : | |
| **AVROM BROWN** | : | NO. 18-101-3 |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

The defendant, AVROM BROWN by and through his attorney, Brian J. McMonagle, hereby petitions this Honorable Court to continue the trial of defendant and states the following in support thereof:

1. On June 3, 2021 the Court continued the defendant's trial until 10-3-21 due to the COVID shutdown.

2. Since counsel for the defendant was previously attached for a trial on October 3, 2021 before Judge Schmehl in the matter of U.S.A. v. Henon, et al, counsel immediately advised the Court and the assigned AUSA of the conflict.

WHEREFORE, we respectfully request that the defendant's trial be rescheduled for a date that is acceptable to the Court.

Respectfully Submitted,

/s/BRIAN J. MCMONAGLE
BRIAN J. MCMONAGLE, ESQUIRE

## **CERTIFICATE OF SERVICE**

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Sentencing has been electronically filed:

                                        s/s **BRIAN J. MCMONAGLE**
                                        **BRIAN J. MCMONAGLE, Esquire**
                                        **Attorney for defendant**
                                        **Avrom Brown**
                                        **McMonagle, Perri, McHugh & Mischak, P.C.**
                                        **1845 Walnut Street, 19th floor**
                                        **Philadelphia, PA 19103**
                                        **(215) 981-0999 Fax 981-0977**

**DATED: 8/26/2021**